# Profit and Loss by Month

## Humerlis, Inc. DBA Meadow Creek Business Center
January-December, 2025

| DISTRIBUTION ACCOUNT | JANUARY 2025 | FEBRUARY 2025 | MARCH 2025 | APRIL 2025 | MAY 2025 | JUNE 2025 | JULY 2025 | AUGUST 2025 | SEPTEMBER 2025 | OCTOBER 2025 | NOVEMBER 2025 | DECEMBER 2025 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Meadow Creek Sales | 46,613.58 | 81,216.75 | 93,292.69 | 57,068.15 | 66,190.91 | 85,265.18 | 63,206.42 | 71,665.59 | 73,927.33 | 87,146.12 | 47,871.25 | 85,568.81 | 859,032.78 |
| **Total for Income** | **46,613.58** | **81,216.75** | **93,292.69** | **57,068.15** | **66,190.91** | **85,265.18** | **63,206.42** | **71,665.59** | **73,927.33** | **87,146.12** | **47,871.25** | **85,568.81** | **$859,032.78** |
| Cost of Goods Sold | | | | | | | | | | | | | |
| Rent | | | | | | | | | | | | | |
| Master Lease | 64,030.00 | 64,030.00 | 65,210.00 | 69,110.75 | 69,110.75 | 69,110.75 | 69,110.75 | 40,000.00 | 70,210.00 | 40,000.00 | | 90,000.00 | 709,923.00 |
| **Total for Rent** | **64,030.00** | **64,030.00** | **65,210.00** | **69,110.75** | **69,110.75** | **69,110.75** | **69,110.75** | **40,000.00** | **70,210.00** | **40,000.00** | | **90,000.00** | **$709,923.00** |
| **Total for Cost of Goods Sold** | **64,030.00** | **64,030.00** | **65,210.00** | **69,110.75** | **69,110.75** | **69,110.75** | **69,110.75** | **40,000.00** | **70,210.00** | **40,000.00** | | **90,000.00** | **$709,923.00** |
| **Gross Profit** | **-17,416.42** | **17,186.75** | **28,082.69** | **-12,042.60** | **-2,919.84** | **16,154.43** | **-5,904.33** | **31,665.59** | **3,717.33** | **47,146.12** | **47,871.25** | **-4,431.19** | **$149,109.78** |
| Expenses | | | | | | | | | | | | | |
| Advertising & Marketing | | | | | | | | | | | | | |
| Internet | 673.33 | 638.73 | 643.29 | 1,402.89 | 1,111.13 | 722.60 | 1,611.11 | 748.34 | 574.05 | 677.73 | 711.55 | 561.17 | 10,075.92 |
| **Total for Advertising & Marketing** | **673.33** | **638.73** | **643.29** | **1,402.89** | **1,111.13** | **722.60** | **1,611.11** | **748.34** | **574.05** | **677.73** | **711.55** | **561.17** | **$10,075.92** |
| Automobile Expense | 80.00 | 220.00 | 15.75 | | 4.50 | 4.65 | | | | | | | 324.90 |
| Bank Service Charges | 640.25 | 305.73 | 665.10 | 802.95 | 531.05 | 1,070.13 | 624.39 | 8,960.08 | 947.00 | 899.31 | 1,168.08 | 785.53 | 17,399.60 |
| Copier Equipment | | 743.27 | 743.27 | 2,064.33 | 743.27 | 743.27 | 924.51 | 764.54 | 764.54 | 764.54 | 764.54 | 764.54 | 9,784.62 |
| Equipment Rental | | | | | | | | | | | | | |
| Postage | | | | | | | | | | | | 167.62 | 167.62 |
| **Total for Equipment Rental** | | | | | | | | | | | | **167.62** | **$167.62** |
| Insurance | | | | | | | | | | | | | |
| Health Insurance | 182.80 | 1,286.40 | 182.80 | 182.80 | 367.80 | 367.80 | 367.80 | 367.80 | 367.80 | 185.00 | 861.60 | 385.70 | 5,106.10 |
| Liability Insurance | | | | | 428.42 | | 219.08 | 219.16 | 219.16 | 219.16 | 219.16 | 219.16 | 1,743.30 |
| **Total for Insurance** | **182.80** | **1,286.40** | **182.80** | **182.80** | **796.22** | **367.80** | **586.88** | **586.96** | **586.96** | **404.16** | **1,080.76** | **604.86** | **$6,849.40** |
| Interest Expense | 1,712.62 | 558.68 | 1,009.20 | 1,145.00 | 2,270.47 | 478.68 | 701.11 | 1,894.58 | 745.41 | 1,271.68 | 1,336.45 | 1,257.84 | $14,381.72 |
| Loan Interest | 1,142.00 | 1,142.00 | 1,142.00 | 1,142.00 | -550.00 | 1,142.00 | 1,142.00 | 1,142.00 | 1,142.00 | 1,142.00 | 1,142.00 | 1,142.00 | 12,012.00 |
| **Total for Interest Expense** | **2,854.62** | **1,700.68** | **2,151.20** | **2,287.00** | **1,720.47** | **1,620.68** | **1,843.11** | **3,036.58** | **1,887.41** | **2,413.68** | **2,478.45** | **2,399.84** | **$26,393.72** |
| Licenses and Permits | | | | | | | | 70.00 | | | | | 70.00 |
| MCA Fees | | | | | | | | | | | | | |
| BizPoint | | | | | | | | | 1,995.00 | 2,493.75 | 1,995.00 | 997.50 | 7,481.25 |
| BizPoint Consolidation | | | | | | | | | 2,439.84 | 2,744.82 | 2,439.84 | 1,524.90 | 9,149.40 |
| IOU Central | | | | 12,029.16 | 1,168.32 | 1,168.32 | 1,460.40 | 1,168.32 | 1,168.32 | 1,460.40 | 1,168.32 | 876.24 | 21,667.80 |
| Specialty Capital | | | | | | | | 1,799.00 | 1,904.80 | 1,523.84 | 1,904.80 | 1,523.84 | 761.92 | 9,418.20 |
| **Total for MCA Fees** | | | | **12,029.16** | **1,168.32** | **1,168.32** | **3,259.40** | **3,073.12** | **7,127.00** | **8,603.77** | **7,127.00** | **4,160.56** | **$47,716.65** |
| Miscellaneous | 93.58 | 65.96 | 92.38 | 111.03 | 97.54 | | 99.00 | 95.83 | 95.84 | 103.17 | 99.41 | | 953.74 |
| Office Equipment | | | | | | | | | | | | | |
| Software | 63.97 | 63.97 | 63.97 | 63.97 | 63.97 | 68.60 | 1,638.82 | 468.14 | 468.14 | 467.14 | 549.87 | 467.14 | 4,447.70 |
| **Total for Office Equipment** | **63.97** | **63.97** | **63.97** | **63.97** | **63.97** | **68.60** | **1,638.82** | **468.14** | **468.14** | **467.14** | **549.87** | **467.14** | **$4,447.70** |
| Office Supplies | 4,219.72 | 487.43 | 400.08 | 128.44 | 99.77 | 183.15 | 261.37 | 617.71 | 213.82 | 31.81 | 96.69 | | 6,739.99 |
| Payroll Expenses | 2,987.20 | 9,017.62 | 7,681.14 | 10,288.82 | 6,616.49 | 7,354.97 | 4,691.97 | 3,741.16 | 1,360.47 | 7,044.60 | 7,412.96 | 7,218.53 | $75,415.93 |
| Payroll Wage Expenses | | | | | | | | | | | | | |
| Staff Wages | | | | | | | | | | | 2,542.29 | 2,642.37 | 5,184.66 |
| **Total for Payroll Wage Expenses** | | | | | | | | | | | **2,542.29** | **2,642.37** | **$5,184.66** |
| **Total for Payroll Expenses** | **2,987.20** | **9,017.62** | **7,681.14** | **10,288.82** | **6,616.49** | **7,354.97** | **4,691.97** | **3,741.16** | **1,360.47** | **7,044.60** | **9,955.25** | **9,860.90** | **$80,600.59** |

Case 26-10415-TWD  Doc 8  Filed 02/13/26  Ent. 02/13/26 12:13:28  Pg. 1 of 2

# Profit and Loss by Month

## Humerlis, Inc. DBA Meadow Creek Business Center

January-December, 2025

| DISTRIBUTION ACCOUNT | JANUARY 2025 | FEBRUARY 2025 | MARCH 2025 | APRIL 2025 | MAY 2025 | JUNE 2025 | JULY 2025 | AUGUST 2025 | SEPTEMBER 2025 | OCTOBER 2025 | NOVEMBER 2025 | DECEMBER 2025 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional Fees | | | | | | | | | | | | | |
| Accounting | 683.22 | 362.90 | | 434.60 | 71.70 | 71.70 | 165.58 | 82.73 | | 165.46 | | | 2,037.89 |
| Contract - Admin Services | | | | | | | | | 1,987.87 | | | | 1,987.87 |
| Payroll Services | 78.47 | 117.47 | 78.47 | 78.47 | 78.47 | 78.47 | | 82.85 | 82.85 | 82.85 | 82.85 | 159.46 | 1,000.68 |
| Temporary Labor | | | | 710.80 | | | | | | | | | 710.80 |
| **Total for Professional Fees** | **761.69** | **480.37** | **78.47** | **1,223.87** | **150.17** | **150.17** | **165.58** | **165.58** | **2,070.72** | **248.31** | **82.85** | **159.46** | **$5,737.24** |
| Repairs | | | | | | | | | | | | | |
| Building Repairs | | | | | | | -5,216.95 | 88.25 | | | | | -5,128.70 |
| Repairs - Office Equipment | | | | | | | | 160.00 | | | | | 160.00 |
| **Total for Repairs** | | | | | | | **-5,216.95** | **248.25** | | | | | **-$4,968.70** |
| Shipping | | | | | | | | | | | | | |
| Metered Mail | 41.15 | | | 10.10 | | | | | | 21.05 | | | $72.30 |
| Postage - US Mail | | 267.62 | 110.10 | 100.00 | 267.62 | 100.00 | 100.00 | 167.62 | 100.00 | 112.04 | 100.00 | 100.00 | 1,525.00 |
| **Total for Metered Mail** | **41.15** | **267.62** | **110.10** | **110.10** | **267.62** | **100.00** | **100.00** | **167.62** | **121.05** | **112.04** | **100.00** | **100.00** | **$1,597.30** |
| **Total for Shipping** | **41.15** | **267.62** | **110.10** | **110.10** | **267.62** | **100.00** | **100.00** | **167.62** | **121.05** | **112.04** | **100.00** | **100.00** | **$1,597.30** |
| Taxes | | | | | | | | | | | | | |
| Excise | | 8,934.10 | 684.66 | | | | 1,621.65 | 2,074.99 | | | 2,743.66 | | 16,059.06 |
| State | | 37.90 | | | | | | | | | | | 37.90 |
| **Total for Taxes** | | **8,972.00** | **684.66** | | | | **1,621.65** | **2,074.99** | | | **2,743.66** | | **$16,096.96** |
| Telecom | 2,375.15 | 1,550.62 | 2,302.52 | | | 3,004.90 | 2,323.50 | | 715.73 | 2,362.54 | | 4,503.64 | 19,138.60 |
| Uncategorized Expense | | | | | | 95.98 | | | | | | | 95.98 |
| **Total for Expenses** | **14,973.46** | **25,800.40** | **15,814.73** | **30,695.36** | **13,370.52** | **16,655.22** | **14,534.34** | **24,818.90** | **16,932.73** | **24,132.80** | **26,958.11** | **24,535.26** | **$249,221.83** |
| **Net Operating Income** | **-32,389.88** | **-8,613.65** | **12,267.96** | **-42,737.96** | **-16,290.36** | **-500.79** | **-20,438.67** | **6,846.69** | **-13,215.40** | **23,013.32** | **20,913.14** | **-28,966.45** | **-$100,112.05** |
| Other Income | | | | | | | | | | | | | |
| Other Expenses | | | | | | | | | | | | | |
| **Net Other Income** | | | | | | | | | | | | | |
| **Net Income** | **-32,389.88** | **-8,613.65** | **12,267.96** | **-42,737.96** | **-16,290.36** | **-500.79** | **-20,438.67** | **6,846.69** | **-13,215.40** | **23,013.32** | **20,913.14** | **-28,966.45** | **-$100,112.05** |

Cash Basis, Monday, January 12, 2026 10:59 PM GMTZ